# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Alisha Clark Walker**
       Plaintiff
  vs.                           **CASE NUMBER: 1:22-cv-581-DNH-TWD**

**Dr. Mary O'Connor**
       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report & Recommendation is ACCEPTED and Plaintiff's complaint is DISMISSED with leave to amend.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated the 18th day of July, 2022.

DATED: August 18, 2022

_(signature)_
Clerk of Court

                    s/Zachary Cortese
                    Zachary Cortese
                    Deputy Clerk